UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN ANTHONY WALCOTT, JR | CIVIL ACTION |
| VERSUS | NO. 16-15587 |
| TERREBONNE PARISH MEDICAL, ET AL. | SECTION "R" (5) |

## ORDER AND REASONS

The Court, having reviewed de novo plaintiff's complaint,[1] defendants' motion to dismiss,[2] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART. Plaintiff's complaint against the Terrebonne Parish Jail Medical Department is DISMISSED. The remainder of defendants' motion is DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __19th__ day of April, 2017.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 9.
[3] R. Doc. 17.