UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN ANTHONY WALCOTT, JR | CIVIL ACTION |
| VERSUS | NO. 16-15587 |
| NURSE PAT, ET AL. | SECTION "R" (5) |

## ORDER AND REASONS

Plaintiff Steven Anthony Walcott, Jr. filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. The Court has reviewed *de novo* the complaint, amended complaint, defendants' motion to dismiss, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections. The Court adopts the Magistrate Judge's Report and Recommendation as its opinion, and finds that plaintiff has failed to state a claim against Defendants Richard Neal, Pat Naquin, and the Terrebonne Parish Consolidated Government.

IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this __21st__ day of August, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE